IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| EDWARD MAURICE NELSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | 1:21-cv-737 |
| FORSYTH COUNTY SHERIFF ) | |
| DEPARTMENT, BOBBY F. ) | |
| KIMBROUGH, ROCKY JOYNER, ) | |
| ROBERT E. SLATER, RICHARD ) | |
| CARLETON, and BILLY WARREN, ) | |
| ) | |
| Defendants. ) | |

## ORDER

On July 28, 2023 the United States Magistrate Judge's Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 36, 37.) No objections were filed within the time prescribed by Section 636.

The court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 36), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** pursuant to Local Rule 11.1(b) for failure to prosecute.

**IT IS FURTHER ORDERED** that Defendants Robert E. Slater, Richard Carlton, and Billy Warren's Motion to Dismiss, (Doc.

24), and Defendants Bobby Kimbrough and Rocky Joyner's Motion for Summary Judgment, (Doc. 28), are **DENIED AS MOOT**.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 22nd day of September, 2023.

                                        /s/ William L. Osteen, Jr.
                                     United States District Judge